IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD E. RICHTER AND THE ESTATE OF MARY T. RICHTER, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-2021 |
| NATIONSTAR MORTGAGE, LLC, | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on September 19, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge